# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

SAMMI HIGGINS,

                Plaintiff(s),

vs.                                      Case Number: 16-CV-564-CVE-TLW
                                      State Court Case No. CJ-14-00290

TAYLOR SIERRA PHILLIPS, et al,

                Defendant(s).

### MINUTE ORDER

An order having been made remanding the above-numbered case to the Rogers County Court. We are transmitting herewith certified copies of the order and District Court docket sheet in the action.

                Mark C. McCartt,
                Clerk of Court, United States District Court

                    s/S. Cotner

                By: S. Cotner, Deputy Clerk